# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Samira A. Al-Zanem,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Charming Shoppes Outlet Stores LLC, et al.,<br><br>　　　　　　Defendants. | No. CV-16-00131-PHX-GMS<br><br>**ORDER** |

　　　　Pursuant to Plaintiff's Motion for "Voluntary" Dismissal Without Prejudice (Doc. 59) and no objection thereto filed by Defendant Fetch Insurance Services (Doc. 60),

　　　　**IT IS ORDERED** dismissing this action without prejudice.

　　　　Dated this 9th day of May, 2016.

　　　　　　　　　　　　_/s/ G. Murray Snow_
　　　　　　　　　　　　Honorable G. Murray Snow
　　　　　　　　　　　　United States District Judge